IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLPHUS OTIS FUDGE, | No. 4:20-CV-02112 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ROBERT MARSH, *et al.*, | |
| Defendants. | |

# ORDER

**FEBRUARY 18, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption of this action to reflect Dr. Kevin Coleman's correct surname as "Dr. Kevin Kollman;"

2. Defendants' motions to dismiss, Docs. 18 and 20 are **GRANTED**;

3. The complaint, Doc. 1 is **DISMISSED WITHOUT PREJUDICE**;

4. The remaining John Doe Defendants are dismissed from the above captioned action pursuant to Federal Rule of Civil Procedure 4(m), for Plaintiff's failure to timely identify and serve these Defendants;

5. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the

Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be dismissed and closed without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge