**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOLPHUS OTIS FUDGE, | No. 4:20-CV-02112 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ROBERT MARSH, *et al.*, | |
| Defendants. | |

**ORDER**

**MARCH 25, 2022**

**AND NOW,** in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1.  The above captioned action is **DISMISSED**  for failure to prosecute;

2.  The Clerk of Court is directed to **CLOSE** this case; and

3.  Any appeal from this Order will be deemed frivolous, without probable

    cause and not taken in good faith.


                                        BY THE COURT:


                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge